UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAE Y. LEE,<br><br>　　　　　Defendant.<br><br><br>FIDELITY BROKERAGE SERVICES LLC,<br><br>　　　　　Garnishee. | Cause No. MC22-0080RSL<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT |

　　　This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Jae Y. Lee, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Fidelity Brokerage Services, LLC. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-3) submitted by plaintiff's counsel on October 5, 2022.

　　　Dated this 7th day of October, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT - 1